IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES F GREENFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN SHIP MANAGEMENT, LLC,<br>WILMINGTON TRUST COMPANY,<br>M/V PRESIDENT POLK, her engines, tackle,<br>etc., in rem,<br><br>    Defendants.<br>_____/ | No. C 05-00777 WHA<br><br>**ORDER RE REQUEST<br>FOR CONTINUANCE** |

    The parties have stipulated to and jointly requested a four to five month extension of all deadlines set forth in the case management order of June 23, 2005, in light of plaintiff's unavailability while at sea. Before the Court will consider any extensions, counsel shall submit declarations explaining (1) why this issue was not raised at the case management conference; (2) why the parties requested a discovery deadline in January 2006 in their joint case management statement; and (3) why plaintiff's deposition was not conducted earlier, before he went out to sea. These declarations must be submitted by **OCTOBER 4, 2005 AT NOON**.

    **IT IS SO ORDERED.**

Dated: September 27, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE