IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES F. GREENFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN SHIP MANAGEMENT, LLC,<br>WILMINGTON TRUST COMPANY,<br>M/V PRESIDENT POLK, her engines, tackles,<br>etc., *in rem*,<br><br>    Defendants.<br>_____ / | No. C 05-00777 WHA<br><br>**ORDER SETTING TELEPHONIC HEARING RE DISCOVERY DISPUTE** |

    The Court has read the letter of defendant American Ship Management dated January 23, 2006. The hearing on plaintiff's motion to compel will be heard by telephone on **WEDNESDAY, FEBRUARY 1, 2006, AT 9:00 A.M.** Defendant's opposition will be due at noon on **JANUARY 31, 2006**.

    Please read the Court's Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases before Judge William Alsup, Document No. 12 in the Docket Sheet.

**IT IS SO ORDERED.**

Dated: January 24, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE