E-Filing

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES F. GREENFIELD, | ) Case No.: Case No.:C 05-00777 WHA |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER GRANTING IN PART MOTION** |
| | ) **TO COMPEL DISCLOSURE PURSUANT** |
| AMERICAN SHIP MANAGEMENT, LLC, | ) **TO FRCP 37** |
| | ) |
| WILMINGTON TRUST COMPANY, M/V | ) **Hearing: February 1, 2006** |
| | ) **Time: 9:00 AM** |
| PRESIDENT POLK, her engines tackle, ect., | ) |
| | ) |
| in rem, | ) |
| | ) |
| Defendants | ) |
| | ) |

The plaintiff having moved this Court for an Order compelling defendants to produce

Personnel files, excluding medical records, of all persons hired or promoted by defendants or

their affiliates in the capacity of Chief Engineer or 1st assistance engineer since August 8, 2002

IT IS HEREBY ORDERED THAT the motion is granted in part and denied in part.

Defendants shall produce, within 7 day of the date of this order, the entire personnel file of all

individuals hired as permanent 1st Assistant Engineers by defendants from August 8, 2002 to

date.   Medical records or records relating to events that occurred after these individuals were

hired as permanent 1st Assistant Engineers by the defendants shall not be produced.

Counsel for plaintiff shall keep these records confidential; only he may view them, except

for proper use at depositions and/or trial.  At the end of this case, counsel for plaintiff shall return all originals and copies of the records produced pursuant to this order to defendants' counsel.

Dated:     2 - 7

WILLIAM H. ALSUP USDJ