IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br> AMERICAN SHIP MANAGEMENT LLC ET AL,<br><br>    Defendant.<br>                                                                    / | No. C 05-00777 WHA<br><br>**ORDER GRANTING REQUEST FOR EXTENSION TO DISCOVERY CUT-OFF** |

The parties jointly request an extension of thirty days to the cut-off for fact discovery. Finding good cause, this order grants the parties' request. The new fact discovery cut-off is **JUNE 30, 2006**. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: May 22, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE